UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ERIC POULIN, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>PORTLAND PUBLIC SCHOOLS, )<br>  and )<br>XAVIER BOTANA, individually )<br>)<br>      Defendants. ) | Case No. 23-cv-00179-JAW |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to the voluntary dismissal of all claims asserted by Eric Poulin in the Complaint filed on April 26, 2023 against Defendants Portland Public Schools and Xavier Botana. Such dismissal is made without prejudice and without costs to any party.

Dated: March 21, 2024

*/s/ James A. Clifford*
James A. Clifford, Esq.
CLIFFORD & CLIFFORD
10 Moulton St., 5th Floor
Portland, ME 04101
(207) 613-9465
*Email: james@cliffordclifford.com*


*/s/ Melissa A. Hewey*
Melissa A. Hewey, Esq.
DUMMOND WOODSUM
84 Marginal Way
Portland, ME 04101
(207) 772-1941
Email: *mhewey@dwmlaw.com*

## CERTIFICATE OF SERVICE

      I, James A. Clifford, do hereby certify that on this 21st day of March, 2024, I filed the above Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                      */s/ James Clifford*
                                      James Clifford, Esq.